UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-30609-H1-7 |
| CONE SHIPPING, LLC, | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### REPORT OF SALES
Related to Docket No. 124 and No. 127

     On September 15, 2014, the Trustee filed his Motion to Sell Property Free and Clear of Liens and Claims [Docket #111].  On September 25, 2014, the Court entered an Order authorizing the sale [Doc.124].  Accordingly, the Trustee sold a 2005 Landoll Travel Trailer and 2008 Talbert 55T trailer to Utility Trailer Sales Southeast Texas, Inc. for $65,000 free and clear of liens and claims.

     On September 24, 2014, the Trustee filed his Emergency Motion to: (a) Abandon Property of the Estate and (b) Sell Personal Property [Docket No. 121].  On September 29, 2014, the Court entered the Order approving the abandonment and sale [Docket No. 127].  Accordingly, the Trustee abandoned the following property::

    2013 Load King VIN# 5LKL54353C1028257
    2011 Pitts 58'X102" LB55-24D VIN# SJYLB5524CP0069
    2014 Tractor VIN# 1XPTP4EX3ED222066
    2012 Truck VIN# 2NP3LN9X4CM159542
    Peterbilt Truck VIN# 1XPTD49X7CD144147
    Peterbilt Truck VIN# 1XPTP5EX8CD182571
    2012 Landoll VIN# 1LH440WH1C1019057
    Peterbilt Truck VIN# 1XPTP4EX6CD162670
    Load King 655 LR Trailer VIN# 5LKL5863D1028791
    Load King 553SS Trailer VIN#   5LKL53353C1028222
    Cat CT660S Truck, VIN# OTRK0130D
    Load King 553SS Trailer VIN#/SN# 28635
    2012 Peterbilt 367 Truck VIN# 1XPTP4EXOCD136288
    2012 Peterbilt 348 Truck VIN# 2NP3LN9X7CM151287
    2013 Landol Trailer VIN# 1LH440WH1D1019643
    Office Equipment, Serial No. 7306789X with attachments
    Dell Power Edge System Office Equipment

The Trustee sold the following personal property to Ziev Koffman for $2,600.00:

2000 gallon fuel tank with pump
350 gallon diesel exhaust fluid tank with pump
Ingersol Rand air compressor
Morgan building
flat screen television
Approximately 80 chains
Approximately 80 binders
Two (2) love seat
One (1) conference table
Miscellaneous hand tools

        Respectfully submitted,

        By:   /s/ Ronald J. Sommers
            Ronald J. Sommers, Trustee
            Texas Bar No. 18842500
            2800 Post Oak Blvd, 61st Floor
            Houston, TX 77056
            (713) 960-0303 – Phone
            (713) 892-4800 – Fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Report of Sales has been forwarded to the Office of the United States Trustee, 515 Rusk Ave., Suite 3401, Houston, Texas 77002, by electronic service, this 10th day of November, 2016.

        /s/Ronald J. Sommers
        Ronald J. Sommers